HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, CA Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:     (916) 498-5700
Facsimile:      (916) 498-5710

Attorneys for Defendant
VICTOR LAMONT BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>VICTOR LAMONT BROWN,<br><br>       Defendant. | Case No. 1:98-CR-5294 JLT<br><br>**[PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE**<br><br>Judge: Hon. Jennifer L. Thurston |
|---|---|

**O R D E R**

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant VICTOR LAMONT BROWN's extension of time is granted.  The Defendant's Supplemental Brief or Notice of Not Filing shall be filed by January 31, 2025.  The Government's response shall be filed by March 3, 2025.  And reply by defendant shall be filed by April 2, 2025.

IT IS SO ORDERED.

Dated:    **November 25, 2024**                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE